Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

MAY 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING HWA KAO, | ) Case No. SACV 08-0548-JFW(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| DEBRA DEXTER, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: 5/21/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&R-MDO\08-0548.jud
5/19/08